## Commonwealth ex rel. Anderson et al., Appellants, *v.* Specter et al.

Argued June 14, 1973. *Anthony D. Pirillo, Jr.,* for appellants; *Martin H. Belsky,* Assistant District Attorney, with him *Peter Smith,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for appellee.

OPINION PER CURIAM: Order affirmed on the opinion of PALMER, P. J., specially presiding in the court below.